1  THE WHITEHEAD LAW FIRM, L.L.C.
   Post Office Box 81007
2  Lafayette, Louisiana
   Telephone: (337) 740-6006
3

4  Attorneys for Plaintiffs, Janice and
   Thomas Kaelin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6509 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ollie and Alice Stewart, et al,<br><br>           Plaintiffs,<br><br>     vs.<br><br>Pfizer Inc., et al.<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, JANICE and THOMAS KAELIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 9/21, 2009          THE WHITEHEAD LAW FIRM, LLC

By: _____
Clarence Mark Whitehead, III
Attorneys for Plaintiffs, Janice and Thomas Kaelin

DATED: June 24, 2009       DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009       _____
Hon. Charles R. Breyer
United States District C___

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1

Error! Unknown document property name.