1  **THE WHITEHEAD LAW FIRM, L.L.C.**
   Post Office Box 81007
2  Lafayette, Louisiana
   Telephone:  (337) 740-6006
3

4  Attorneys for Plaintiff, Elsie Sistrunk

5

6

7

8

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13

14  _____  )  **Case No.  07-6509 CRB**
                                 )
15  IN RE: BEXTRA AND CELEBREX   )  **MDL NO. 1699**
    MARKETING SALES PRACTICES AND )  **District Judge:  Charles R. Breyer**
16  PRODUCT LIABILITY LITIGATION )
                                 )
17  _____  )
                                 )
18  Ollie and Alice Stewart, et al, )
                                 )  **STIPULATION AND ORDER OF**
19                               )  **DISMISSAL WITH PREJUDICE**
                  Plaintiffs,    )
20                               )
             vs.                 )
21                               )
    Pfizer Inc., et al.          )
22                               )
                  Defendants.    )
    _____

23

24         Come now the Plaintiff, ELSIE SISTRUNK, and Defendants, by and through the

25  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

26  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

27  fees and costs.

28

                                      -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: _____, 2009

THE WHITEHEAD LAW FIRM, LLC

By: _____
    Clarence Mark Whitehead, III
    Attorneys for Plaintiff, Elsie Sistrunk

DATED: June 24, 2009

DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

Error! Unknown document property name.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE