1

**THE WHITEHEAD LAW FIRM, L.L.C.**
Post Office Box 81007
Lafayette, Louisiana
Telephone:  (337) 740-6006

2

3

4

Attorneys for Plaintiffs, Ollie J. and
Alice Stewart

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

14

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

15

16

17

18

Ollie J. and Alice Stewart, et al,

19

Plaintiffs,

20

vs.

21

Pfizer Inc., et al.

22

Defendants.

| | |
|---|---|
| ) | **Case No.  07-6509 CRB** |
| ) | |
| ) | **MDL NO. 1699** |
| ) | **District Judge:  Charles R. Breyer** |
| ) | |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER OF** |
| ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

23

24

        Come now the Plaintiffs, OLLIE J. and ALICE STEWART, and Defendants, by and

25

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

26

hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

27

attorneys' fees and costs.

28

-1-

1

DATED: _____, 2009          THE WHITEHEAD LAW FIRM, LLC

2

3                             By: _____
                                   Clarence Mark Whitehead, III
4                                  Attorneys for Plaintiffs, Ollie J. and
                                   Alice Stewart
5

DATED: June 24, 2009          DLA PIPER LLP (US)

6

7                             By: _____
                                   Michelle W. Sadowsky
8                                  Attorneys for Defendants

9

10

11    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

12

13

14    Dated: June 30, 2009

      _____
15    Hon. Charles R. Breyer
      United States District Judge

16                              IT IS SO ORDERED

17                              Judge Charles R. Breyer

18

19

20

21

22

23

24

25

26

27

28