1  THE WHITEHEAD LAW FIRM, L.L.C.
   Post Office Box 81007
2  Lafayette, Louisiana
   Telephone: (337) 740-6006
3

4  Attorneys for Plaintiffs, Betsy and
   Horace Yarbrough
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-6509 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ollie J. and Alice Stewart, et al,<br><br>              Plaintiffs,<br><br>     vs.<br><br>Pfizer Inc., et al.<br>              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, BETSY and HORACE YARBROUGH, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

DATED: 4/24, 2009        THE WHITEHEAD LAW FIRM, LLC

By:_____
Clarence Mark Whitehead, III
Attorneys for Plaintiffs, Betsy and Horace Yarbrough

DATED: June 24, 2009        DLA PIPER LLP (US)

By:_____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009        _____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer